# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| DEANNA ARNOLD, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 5:18-cv-1441-LCB |
| 3M COMPANY, et al., | ) |
| Defendants. | ) |

## ORDER

Plaintiff Deanna Arnold has filed a Motion to Dismiss Without Prejudice (Doc. 13) in this action, as plaintiff will be added as a named class representative in *King, et al., v. West Morgan-East Lawrence Water and Sewer Authority, et al.*, 5:17-cv-1833-LCB.

Accordingly,

IT IS ORDERED that the Motion to Dismiss Without Prejudice (Doc. 13) is GRANTED.   This action is DISMISSED WITHOUT PREJUDICE.  The Clerk is ordered to close this file.  Costs taxed as paid.

**DONE** and **ORDERED** this December 19, 2018.

_____

1

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE